| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900<br>8033 Linda Vista Road, Suite 200,<br>San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com<br>Attorneys for Plaintiff | DESIREE S. BASSIR (SBN 325954)<br>desireebassir@gmail.com<br>LAW OFFICES OF DESIREE<br>S. BASSIR, CORP.<br>20058 Ventura Blvd. #290<br>Woodland Hills, CA 91364<br>Telephone: (818) 261-6673<br>Facsimile: (818) 337-2150<br>Attorneys for Defendant<br>MK 90210, Inc. |

NATHAN D. MEYER (SBN:239850)
nmeyer@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:(310) 826-6991
Attorneys for Defendant
Hershenson Investments, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>HERSHENSON INVESTMENTS, LLC, a California Limited Liability Company; MK 90210, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 2:20-CV-06872-GW-PD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 18, 2021        CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorney for Plaintiff

Dated: January 18, 2021        RUSS, AUGUST & KABAT

By:   /s/Nathan D. Meyer
      Nathan D. Meyer
      Attorney for Defendant
      Hershenson Investments, LLC

Dated: January 18, 2021        LAW OFFICES OF DESIREE S. BASSIR, CORP.

By:   /s/Desiree S. Bassir
      Desiree S. Bassir
      Attorney for Defendant
      MK 90210, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Nathan D. Meyer, counsel for Hershenson Investments, LLC and Desiree S. Bassir, counsel for MK 90210, Inc., and that I have obtained authorization to affix their electronic signatures to this document.

Dated: January 18, 2021        CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorney for Plaintiff